EAST BATON ROUGE PARISH   C-699635
Filed Sep 14, 2020 1:20 PM   23
Deputy Clerk of Court

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO.   **699635**                                                DIVISION "" **23**

### ODESSA EDWARDS

### VERSUS

### WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC., AND WAL-MART BUSINESS REAL ESTATE TRUST

FILED:_____        _____
                                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Odessa Edwards, a person of the full age of majority and a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That Wal-Mart Louisiana, LLC, made a party defendant herein, is a limited liability company organized under the laws of the State of Delaware, authorized to do and doing business in Louisiana at all relevant times herein, with members domiciled in unknown States. That Wal-Mart Stores, Inc., made a party defendant herein, is a corporation organized under the laws of the State of Delaware, authorized to do and doing business in Louisiana at all relevant times herein. That Wal-Mart Business Real Estate Trust, made a party defendant herein, is a real estate investment trust organized under the laws of the State of Delaware, authorized to do and doing business in the State of Louisiana at all relevant times herein, with location of principals unknown. That said defendants are liable jointly and/or in-solido, to Petitioner, for the following:

II.

That Wal-Mart Louisiana, LLC, Wal-Mart Stores, Inc., and Wal-Mart Business Real Estate Trust (hereafter referred to collectively as "Wal-Mart") own, possess, and exert custody and control over immovable property located at 9350 Cortana Place, Baton Rouge, Louisiana 70815 (hereafter referred to as the "Premises"), where said Defendants operate a business open to the general public, or assist another entity in the operation of the same.

III.

By virtue of their ownership of the Premises and business operations conducted thereon, Defendants owed a general duty of care to maintain the walkways of the Premises in a reasonably safe condition. Specifically included in this general duty of care are obligations to:

*Jarlisha Mitchell*



Certified True and
Correct Copy
CertID: 2020091600809

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/16/2020 2:43 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

A. Adhere to Defendant, Wal-Mart's own proper display requirements when placing products onto pallets and shelving;

B. Adhere to Defendant, Wal-Mart's own maximum height and width requirements when stacking products onto pallets that are located along the walkways meant for customers;

C. Reasonably secure products that are stacked onto pallets in order to prevent products from falling;

D. Exercise proper safety practices and guidelines when placing products onto wooden pallets;

E. Warn customers of any product display that it knows, or should know, is unreasonably dangerous; and

F. Ensure that all product displays are able to resist normal, ordinary, foreseeable, and typical, incidental forces that the display is reasonably expected to be subject to during normal business operations.

IV.

That on or about October 7, 2019, Petitioner, Odessa Edwards, went to the Premises to shop. That Ms. Edwards was walking in an aisle and approaching a product display which consisted of boxes of products stacked on top of one another on a wooden pallet (hereafter referred to as the "Product Display").

V.

Prior to Ms. Edwards' arrival, a Wal-Mart employee and/or agent improperly stacked the product boxes comprising the Product Display. Specifically, boxes were stacked too high, too wide, and without any means to secure them in place. As a result, the boxes on the product display extended beyond the pallet, hung off the side, leaned, and were unstable. Plaintiff has requested that Walmart identify this employee and/or agent but, to date, they have refused to do so. As discussed below, this employee and/or agent's decision to negligently stack product boxes in violation of industry safety codes—and Walmart's own internal product display guidelines—is at the heart of the subject dispute. Once Walmart identifies this unknown employee and/or agent, Plaintiff intends to ask the Court for permission to amend the lawsuit to join them to the action.

VI.

That the Product Display constituted an unreasonably dangerous condition because the boxes of products were inadequately secured, stacked too high, arranged improperly and precariously, and were unable to resist normal, ordinary, and foreseeable forces from normal business operations and incidental shopper contact. Specifically, even slight contact in a high traffic area of the store – a foreseeable force in a busy store – could cause the entire display to fail.

VII.

2



Certified True and
Correct Copy
CertID: 2020091600809

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/16/2020 2:43 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

Employees and/or agents of Wal-Mart created the Product Display, made the decision to violate the maximum height and width requirements for displaying products on wooden pallets, and failed to secure the products on the Product Display leading to instability, and failure under normal conditions. As a result, Defendants had actual knowledge of the hazard they created. Moreover, even casual observation by Wal-mat employees would have revealed that the Product Display violated internal display guidelines but the display was allowed to persist in this condition for an unreasonable length of time.

VIII.

As Ms. Edwards and other shoppers passed by the Product Display, the stack of products toppled over onto Ms. Edwards, causing her to fall and sustain injuries.

IX.

The sole legal and proximate cause of the collapse of the Product Display was the negligent decision of the unknown Wal-Mart employee and/or agent to improperly stack the product boxes in such a way that they could not resist normal and foreseeable forces that would be common in a store such as the premises. As such, Wal-Mart failed to warn Ms. Edwards and failed to remedy the unreasonably dangerous condition of the Product Display, despite having notice of same, which lead to the products falling onto Ms. Edwards. Wal-Mart and the unknown employee to be added in discovery are liable to Petitioner pursuant to La. R.S. 9:2800.6, and other laws, for the damages occasioned by the incident described herein.

X.

That as a result of the aforesaid fall, Odessa Edwards, has sustained injuries to her body and mind, including but not limited to her head, neck, and shoulder, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Petitioner, Odessa Edwards, to recover from Defendants the damages as are reasonable in the premises.

WHEREFORE, Petitioner, Odessa Edwards, prays, that Defendants, WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC., and WAL-MART BUSINESS REAL ESTATE TRUST, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Odessa Edwards, and against Defendants, WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC., and WAL-MART

3



Certified True and Correct Copy
CertID: 2020091600809

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/16/2020 2:43 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

BUSINESS REAL ESTATE TRUST, in solido, for damages as are reasonable in the premises; said judgment to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 617-7657
E-MAIL: Jrichards@morrisbart.com

BY: _____
    JOHN RICHARDS, NO. LA35979

**PLEASE SERVE:**

**WAL-MART LOUISIANA, LLC**
Through their registered agent for service of process
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**WAL-MART STORES, INC.**
Through their registered agent for service of process
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**WAL-MART BUSINESS REAL ESTATE TRUST**
Through their registered agent for service of process
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

4



Certified True and
Correct Copy
CertID: 2020091600809

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/16/2020 2:43 PM