UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ODESSA EDWARDS**

**VERSUS**

**WALMART LOUISIANA, LLC, ET AL.**

**CIVIL ACTION**

**NO. 20-669-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 11) dated December 9, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Remand (R. Doc. 7) is GRANTED, and this action is REMANDED to the 19th Judicial District, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 5, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC-Certified